UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAMONDO WILLIAMS,**

       **Petitioner,**

v.                                               Case No. 6:26-cv-377-CEM-LHP

**WARDEN, FCI COLEMAN MEDIUM,**

       **Respondent.**
_____/

# ORDER

THIS CAUSE is before the Court on Petitioner Ramondo Williams' Petition for Writ of Habeas Corpus ("Petition," Doc. 1) filed under 28 U.S.C. § 2241. Petitioner is incarcerated in the Federal Correctional Institution Coleman Medium in Sumter County, Florida. Thus, the Ocala Division of the Middle District of Florida has territorial jurisdiction over Petitioner's custodian, and this matter should be transferred to that division. *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973); *Wright v. United States Bd. of Parole*, 557 F.2d 74 (6th Cir. 1977); *see also* M.D. Fla. L. R. 1.04(a)-(b).

Accordingly, it is **ORDERED** and **ADJUDGED** that the Clerk of Court shall **TRANSFER** this case to the Ocala Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party